UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

GARY M.,[1]

          Plaintiff,

   v.

COMMISSIONER, Social Security Administration,

          Defendant.

Case No. 6:20-cv-00677-MK

**ORDER**

**KASUBHAI,** United States Magistrate Judge:

Plaintiff Gary M. brought this action seeking review of the Commissioner's final decision denying his application for disability insurance benefits under the Social Security Act. The Court reversed the Commissioner's decision and remanded for further proceedings. ECF No. 27.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant takes no position with respect to the request. ECF No. 35. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court has reviewed the record in this case and finds that the requested fees are reasonable.

---

[1] In the interest of privacy, the Court uses only the first name and last name initial of non-government parties whose identification could affect Plaintiff's privacy.

Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. 406(b) is therefore GRANTED. Attorney fees in the amount of $33,317.96 are hereby awarded to Plaintiff's Counsel, to be paid out of Plaintiff's past-due benefits in accordance with agency policy. Such net sum of $33,317.96 represents the gross amount of $40,115.53 in attorney fees minus EAJA fees previously awarded in the amount of $6,797.57. It is further ORDERED that this fee shall be paid directly to Plaintiff's Counsel by check made payable to Bruce Brewer and sent to him at PO Box 421, West Linn, OR 97068. Funds remaining after the payment of attorney fees shall be released to Plaintiff.

IT IS SO ORDERED.

DATED this 21st day of March 2024.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

Page 2 —ORDER